IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ComUnity Lending, Inc., | NO. C 10-00930 JW |
| Plaintiff, | NO. C 10-00931 JW |
| v. | **ORDER REQUIRING SUPPLEMENTAL BRIEFING** |
| Mai Christina Pham, et al., | |
| Defendants. | |
| Katherine Buckmeyer, et al., | |
| Plaintiffs, | |
| v. | |
| ComUnity Lending, Inc., | |
| Defendant. | |

Presently before the Court are Appellants' Appeals from the Bankruptcy Court's Memorandum Decision and Order on Motions to Determine Administrative Priority of Attorneys' Fees Claim.[1] Appellants appeal a ruling of the Bankruptcy Court refusing to treat this Court's award of attorney fees to appellants as a priority administrative claim, even though the losing party's claim for attorney fees arising out of the same proceeding was treated as an administrative priority claim.[2]

---

[1] (See Notice of Appeal, hereafter, "Pham Appeal," Docket Item No. 1-1 in No. C 10-00930 JW; Notice of Appeal, hereafter, "Buckmeyer Appeal," Docket Item No. 1 in No. C 10-00931 JW.) Both Appeals are "identical appeal[s] of the same ruling." (See Appellant's Opening Brief at 1, hereafter, "Buckmeyer Brief," Docket Item No. 7 in No. C 10-00931 JW.)

[2] (See Buckmeyer Brief at 1; Appellants' Opening Brief at 1, Docket Item No. 7 in No. 10-00930 JW.)

A full statement of the facts of the underlying case can be found in the Court's December 11, 2008 Order Granting Plaintiffs' Motion for Summary Judgment.[3] On January 30, 2009, the Court entered judgment in favor of Plaintiffs and against Defendant ComUnity, declaring that certain disputed funds were not assets of a bankruptcy estate, but instead belonged to participants in a Non-Qualified Deferred Compensation Plan.[4] On February 9, 2009, the Trustee filed a Notice of Appeal to the Ninth Circuit.[5] On April 24, 2009, the Court granted Plaintiffs' Motions for Attorney Fees, but denied Plaintiffs' request that the Court adjudicate the priority of any costs or fees awarded.[6] On February 16, 2010, the Bankruptcy Court held that Plaintiffs' fee awards were not entitled to priority.[7] On March 4, 2010, Plaintiffs appealed the Bankruptcy Court's decision regarding the priority of fee awards to this Court.[8] On October 8, 2010, the Ninth Circuit reversed this Court's order granting Plaintiffs' Motion for Summary Judgment and vacated this Court's "judgment and the order awarding Plaintiff their attorneys' fees."[9] That action is now set for trial on June 7, 2011.

In light of the procedural posture of these cases, on or before **May 13, 2011**, the parties shall file a Joint Statement explaining whether the Appeals in No. C 10-00930 JW and No. C 10-00931 JW are moot as the result of the Ninth Circuit's October 8, 2010 opinion.

Dated: May 2, 2011

JAMES WARE
United States District Chief Judge

---

[3] (See Docket Item No. 59 in No. 08-00201 JW.)

[4] (See Docket Item Nos. 71 and 72 in No. 08-00201 JW.)

[5] (See Docket Item No. 73 in No. 08-00201 JW.)

[6] (See Order Granting Motion for Attorney Fees; Denying Motion to Determine Priority, Docket Item No. 105 in No. 08-00201 JW.)

[7] (See Buckmeyer Brief at 6.)

[8] (See Buckmeyer Appeal; Pham Appeal.)

[9] (See Docket Item No. 121 at 6 in No. 08-00201 JW.)

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Barry Milgrom bmilgrom@luce.com
Hong-Nhung Thi Le nle@luce.com
Jeffrey L. Fillerup jfillerup@luce.com
Jessie L.B. Hill jlbhill@aol.com
John Stephen Wesolowski john.wesolowski@usdoj.gov
Matthew Brooks Borden borden@braunhagey.com
Neil S. Tardiff info@smithtardiff.com
Robert Anthony Franklin rfranklin@murraylaw.com
Ronald Scott Kravitz Rkravitz@LinerLaw.com

**Dated:  May 2, 2011**                                                                 **Richard W. Wieking, Clerk**

                                                                                                    **By:       /s/ JW Chambers            **
                                                                                                            **Susan Imbriani**
                                                                                                            **Courtroom Deputy**